[No. 24397-1-II.    Division Two.    May 19, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. WILEY ALLEN
WHEELER, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 98-1-00998-2, Don L. McCulloch, J., entered
February 25, 1999. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Morgan and Bridgewater, JJ.


[No. 24502-7-II.    Division Two.    May 19, 2000.]

BOPHARATH CHOR, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-2-05121-9, Bryan Edward Chushcoff, J.,
entered February 26, 1999. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Armstrong, C.J.,
and Houghton, J.


[No. 24614-7-II.    Division Two.    May 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIJ
JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 99-8-00033-7, James B. Sawyer II, J., entered
April 20, 1999. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Armstrong, C.J., and Seinfeld, J.


[No. 43631-7-I.    Division One.    May 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO W.
CIENFUEGOS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 98-1-00271-8, Susan Kae Cook, J., entered
October 9, 1998. *Affirmed* by unpublished opinion per Agid,
C.J., concurred in by Coleman and Webster, JJ.